# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00618-CV

**Appellant, New Braunfels Aero Service, Inc.// Cross-Appellant,
City of New Braunfels, Texas**

**v.**

**Appellee, City of New Braunfels, Texas, Appellee// Cross-Appellee,
New Braunfels Aero Service, Inc.**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 274TH JUDICIAL DISTRICT
### NO. C2003-0468C, HONORABLE RONALD G. CARR, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant/cross-appellee New Braunfels Aero Service, Inc., and appellee/cross-appellant City of New Braunfels, Texas, no longer wish to pursue this appeal and have filed a joint motion to dismiss pursuant to their settlement agreement. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Puryear and Waldrop

Dismissed on Joint Motion

Filed:   February 28, 2008